# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BRYAN DELOS SANTOS DOMINGO,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | No. 1:26-cv-000106-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 11) |

Pending before the Court is the parties' stipulated request to extend Plaintiff's deadline to file a motion for summary judgment from April 8, 2026, to May 18, 2026. (Doc. 11).

For good cause shown, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **May 18, 2026**. The time for filing a response and any optional reply brief remains as set by the scheduling order. *See* (Doc. 6 at 2).

IT IS SO ORDERED.

Dated:   **April 2, 2026**

_____
UNITED STATES MAGISTRATE JUDGE